UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERINA NAVARRO, and others,<br>Plaintiffs,<br>v.<br>THE CITY OF MOUNTAIN VIEW,<br>Defendant. | Case No. 21-cv-05381-NC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE CASE SCHEDULE**<br><br>Re: ECF 97 |

On June 27, 2022, the parties filed their third stipulation to continue the litigation schedule in this case. ECF 97. After considering the stipulation, the Court GRANTS an extension on the following deadlines:

1. NON-EXPERT DISCOVERY: All non-expert discovery must be completed by **November 25, 2022**.

2. EXPERT WITNESSES:

    o Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **November 25, 2022**.

    o Disclosure of rebuttal expert reports must be made by **December 29, 2022**.

    o Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **January 19, 2023**.

The Court DENIES an extension on the remaining deadlines. Thus, the following deadlines remain set:

//

3. DISPOSITIVE MOTIONS:

   - Parties must file and serve all dispositive motions by **December 21, 2022**.
   - Hearings on all dispositive motions will be completed by **March 6, 2023**.

4. PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **April 24, 2023**.

5. PRETRIAL CONFERENCE: **May 8, 2023, at 2:00 p.m.**

6. TRIAL DATE: A jury trial will be held on **June 12, 2023, at 9:00 a.m.**

This case will remain stayed until **August 30, 2022**. The Court will hold a further case management conference on **September 14, 2022**, with a joint case management statement due **September 7, 2022**, in accordance with Civil Local Rule 16-10(d).

**IT IS SO ORDERED.**

Dated: June 27, 2022                    _____
                                         NATHANAEL M. COUSINS
                                         United States Magistrate Judge