JAMES C. HARRISON, State Bar No. 161958
ROBIN B. JOHANSEN, State Bar No. 79084
MARGARET R. PRINZING, State Bar No. 209482
KRISTEN MAH ROGERS, State Bar No. 274672
SUE VANG, State Bar No. 327655
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Phone:  (510) 346-6200
Fax:  (510) 574-7061
Email:  jharrison@olsonremcho.com
        rjohansen@olsonremcho.com
        mprinzing@olsonremcho.com
        krogers@olsonremcho.com
        svang@olsonremcho.com

Attorneys for Defendant
City of Mountain View

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELERINA NAVARRO, JANET STEVENS, ARMANDO COVARRUBIAS, EVELYN ESTRADA, GABRIEL RANGEL JAIME, ALMA ALDACO, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF MOUNTAIN VIEW,<br><br>    Defendant. | No.:  5:21-cv-05381-NC<br><br>**NOTICE OF TENTATIVE SETTLEMENT**<br><br>The Honorable Nathanael M. Cousins<br>Courtroom:     5 |

# NOTICE OF TENTATIVE SETTLEMENT

Counsel for Plaintiffs Celerina Navarro, Janet Stevens, Armando Covarrubias, Evelyn Estrada, Gabriel Rangel Jaime, and Alma Aldaco ("Plaintiffs"), and Defendant the City of Mountain View ("the City") (collectively, the "Parties") have reached an agreement in principle to settle the above-captioned matter on a class-wide basis, subject to approval by their clients and the Court. Counsel intend to finalize the written settlement agreement and will seek to secure all necessary signatures and formal client approvals between now and August 30, 2022, the day the current stay of litigation and enforcement expires. ECF Nos. 97 & 98. The Parties will file an updated Notice of Tentative Settlement by August 30, 2022, to provide the Court with an update on their progress and to either request a modest extension of court deadlines if necessary to finish securing approval from their clients, or to notify the Court that approvals have been secured and to request that the Court vacate the Case Management Conference currently set for September 14, 2022 and all deadlines set in this Court's June 27, 2022, Order Granting in Part and Denying in Part Stipulation to Continue Case Schedule.

Within thirty (30) days after all Parties have executed the settlement agreement, the Parties will jointly move the Court for an order granting preliminary approval of their settlement agreement; provisionally certifying a Settlement Class; appointing Plaintiffs as Class Representatives; appointing Plaintiffs' Counsel as Class Counsel; approving a plan and schedule for providing notice of the settlement to Class Members; and setting a date and time for a hearing on the fairness of the settlement and a motion for final approval of the settlement. Counsel will also negotiate Plaintiffs' claim for entitlement to attorneys' fees and costs. If the Parties are unable to resolve this claim through negotiation, Plaintiffs will present this claim by noticed motion.

//
//
//
//
//

Dated: August 24, 2022

/s/ *Nadia Aziz*
Nadia Aziz (State Bar No. 252966)
nadia.aziz@lawfoundation.org
Erin Neff (State Bar No. 326579)
erin.neff@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2410

/s/ *Thomas Zito*
Thomas Zito (State Bar No. 304629)
tzito@dralegal.org
Sean Betouliere (State Bar No. 308645)
sbetouliere@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644

/s/ *Quyen L. Ta*
Quyen L. Ta (State Bar No. 229956)
qta@kslaw.com
Arwen R. Johnson (State Bar No. 247583)
arwen.johnson@kslaw.com
Kelly Perigoe (State Bar No. 268872)
kperigoe@kslaw.com
Samuel R. Diamant (State Bar No. 288738)
sdiamant@kslaw.com
Rachel Rubens (State Bar No. 333886)
rrubens@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

*Pro Bono Counsel*

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *William S. Freeman*
William S. Freeman (State Bar No. 82002)
wfreeman@aclunc.org
Grayce Zelphin (State Bar No. 279112)
gzelphin@aclunc.org
Brandon Greene (State Bar No. 293783)
bgreene@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

/s/ *Deanna L. Kwong*
Deanna L. Kwong (State Bar No. 233480)
deanna.l.kwong@hpe.com
HEWLETT PACKARD ENTERPRISE
6280 America Center Drive
San Jose, CA 95002
Telephone: (650) 258-3307
*Pro Bono Counsel*

*/s/ Margaret R. Prinzing*
James C. Harrison (State Bar No. 161958)
jharrison@olsonremcho.com
Robin B. Johansen (State Bar No. 79084)
rjohansen@olsonremcho.com
Margaret R. Prinzing (State Bar No. 209482)
mprinzing@olsonremcho.com
Kristen Mah Rogers (State Bar No. 274672)
krogers@olsonremcho.com
Sue Vang (State Bar No. 327655)
svang@olsonremcho.com
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Telephone:  (510) 346-6200

*Attorneys for Defendant*
City of Mountain View

## **LOCAL RULE 5-1(h)(3) ATTESTATION**

I, Margaret R. Prinzing, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Margaret R. Prinzing*

(00472162)