NADIA AZIZ (SBN 252966)
nadia.aziz@lawfoundation.org
ERIN H. NEFF (SBN 326579)
erin.neff@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

MARGARET R. PRINZING (SBN 209482)
mprinzing@olsonremcho.com
KRISTEN M. ROGERS (SBN 274672)
krogers@olsonremcho.com
OLSON REMCHO LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Telephone: (510) 346-6200
Facsimile: (510) 574-7061

*Attorneys for Plaintiffs*                 *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CELERINA NAVARRO, JANET STEVENS, ARMANDO COVARRUBIAS, EVELYN ESTRADA, GABRIEL RANGEL JAIME, ALMA ALDACO, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>THE CITY OF MOUNTAIN VIEW,<br><br>Defendant. | Case No. 5:21-cv-05381-NC<br><br>**JOINT UPDATE REGARDING NOTICE OF TENTATIVE SETTLEMENT (ECF 99)** |

Counsel for Plaintiffs Celerina Navarro, Janet Stevens, Armando Covarrubias, Evelyn Estrada, Gabriel Rangel Jaime, and Alma Aldaco ("Plaintiffs"), and Defendant the City of Mountain View ("the City") (collectively, the "Parties") hereby update their Notice of Tentative Settlement (ECF 99) as follows. The Parties previously informed the Court that they would provide this update if they had not finalized the settlement by August 30, 2022. ECF 99.

The Parties believe it is reasonable to expect that they will have translated the settlement agreement and obtained all necessary signatures on or before September 9, 2022. The Parties will update the Court by September 9, 2022 as to whether they have finalized the agreement, and whether they request that the Case Management Conference currently scheduled for September 14, 2022 be vacated. Out of an abundance of caution, the Parties hereby agree to continue any and all deadlines to respond to outstanding discovery by 30 days and respectfully jointly request a 30-day extension of all other court deadlines.

Respectfully submitted,

Dated:  August 30, 2022.                    LAW FOUNDATION OF SILICONVALLEY

By:  /s/ *Erin Neff*_____
       ERIN NEFF

*Attorney for Plaintiffs*


Dated:  August 30, 2022.                    OLSON | REMCHO LLP

By:  /s/ *Margaret R. Prinzing*_____
       MARGARET R. PRINZING

*Attorney for Defendant City of Mountain View*

**L.R. 5-1 ATTESTATION**

I, Erin Neff, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ *Erin Neff*_____