Erin Neff (State Bar No. 326579)
e.neff@lawfoundation.org
Karen E. Kontz (State Bar No. 300918)
karen.kontz@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2410
Facsimile:   (408) 293-0106

Quyen L. Ta (State Bar No. 229956)
qta@kslaw.com
Arwen R. Johnson (State Bar No. 247583)
ajohnson@kslaw.com
Kelly Perigoe (State Bar No. 268872)
kperigoe@kslaw.com
Samuel R. Diamant (State Bar No. 288738)
sdiamant@kslaw.com
Rachel Rubens (State Bar No. 333886)
rrubens@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:  (415) 318-1227

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

James C. Harrison (State Bar No. 161958)
Margaret R. Prinzing(State Bar No. 209482)
Kristen Mah Rogers (State Bar No. 274672)
Sue Vang (State Bar No. 327655)
OLSON REMCHO LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Phone:  (510) 346-6200

Jennifer Logue (State Bar No. 241910)
City Attorney
jennifer.logue@mountainview.org
OFFICE OF THE CITY ATTORNEY
500 Castro Street, Suite 300
Mountain View, CA  94041
Telephone:  (650) 903-6303

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CELERINA NAVARRO, JANET STEVENS, ARMANDO COVARRUBIAS, EVELYN ESTRADA, GABRIEL RANGEL JAIME, ALMA ALDACO, and all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>THE CITY OF MOUNTAIN VIEW,<br><br><br>               Defendant. | Case No. 5:21-cv-05381-NC<br><br>**JOINT CASE MANAGEMENT STATEMENT, FED. R. CIV. P. 26(f) REPORT AND [PROPOSED] ORDER**<br><br>Case Management Conference<br>Date:    September 14, 2022<br>Time:    10:00 a.m.<br>Judge:  Hon. Nathanael Cousins |

Pursuant to the Court's Case Management Conference Order, the Standing Order for All Judges of the Northern District of California, Civil Local Rule 16-10(d), and this Court's order (ECF No. 103), the Parties, by and through their undersigned counsel, jointly submit this Second Joint Case Management Statement.

## I.   STATUS OF SETTLEMENT

As reported by the Parties on August 24, 2022 (ECF No. 99) and August 30, 2022 (ECF No. 102), after nine months of negotiations, counsel for the Parties reached a tentative settlement agreement in this matter. The City and several Plaintiffs have now executed that agreement. Plaintiffs' attorneys are still in the process of gathering the signatures of the remaining Plaintiffs and expect to have most if not all of those signatures by early next week. As the Court is aware, Plaintiffs are houseless individuals living in their vehicles on the streets of Mountain View and several have recently relocated due to construction on the street where they parked. Plaintiffs' counsel will update the Court at the Case Management Conference on September 14, 2022.

Because the Parties' settlement agreement would fully resolve all claims raised in the litigation, the Parties do not expect to further litigate the case, except as noted below.

## II.   MOTIONS

Within thirty days of executing the settlement agreement, the Parties intend to jointly move for preliminary approval of the class settlement pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, and to jointly move for final approval of the class settlement at a date and time set by the Court. Plaintiffs' will also move for attorneys' fees and costs at the date and time set for the hearing on final approval.

## III.   SCHEDULING

The Court ordered the following schedule in its June 27, 2022 Order Granting in Part and Denying in Part Stipulation to Continue Case Schedule (ECF No. 98):

| Event | Date |
|---|---|
| Fact discovery closes | November 25, 2022 |

1

| Concurrent disclosure of opening expert witnesses and reports by both parties on issues for which party bears burden of proof | November 25, 2022 |
|---|---|
| Concurrent disclosure of rebuttal expert witnesses and reports by both parties | December 29, 2022 |
| Expert discovery closes | January 19, 2023 |
| Last day for dispositive motions to be filed | December 21, 2022 |
| Last day for hearing on dispositive motions | March 6, 2023 |
| Pretrial statements due | April 24, 2023 |
| Pretrial Conference | May 6, 2023 |
| Trial | June 12, 2023 |

The Court has also ordered the case stayed through September 14, 2022.  ECF No. 103.  In light of the anticipated execution of the settlement agreement, the Parties respectfully propose the dates above be further stayed through the date of the hearing on the preliminary approval of the class settlement.

Respectfully submitted,

DATED:  September 9, 2022

/s/_____                          /s/_____
Erin Neff (SBN 326579)                      William S. Freeman (SBN 82002)
erin.neff@lawfoundation.org                 wfreeman@aclunc.org

2

LAW FOUNDATION OF SILICON VALLEY
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:   (408) 280-2410
Facsimile:    (408) 293-0106

/s/_____
Thomas Zito (SBN 304629)
tzito@dralegal.org
Sean Betouliere (SBN 308645)
sbetouliere@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

/s/_____
Quyen L. Ta (SBN 229956)
qta@kslaw.com
Arwen R. Johnson (SBN 247583)
arwen.johnson@kslaw.com
Kelly Perigoe (SBN 268872)
kperigoe@kslaw.com
Samuel R. Diamant (SBN 288738)
sdiamant@kslaw.com
Rachel Rubens (SBN 333886)
rrubens@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
*Pro Bono Counsel*

*Attorneys for Plaintiffs*

/s/_____
James C. Harrison (SBN 161958)
jharrison@olsonremcho.com
Margaret R. Prinzing (SBN 209482)
mprinzing@olsonremcho.com
Kristen M. Rogers (SBN 274672)
krogers@olsonremcho.com
Sue Vang (SBN 327655)
svang@olsonremcho.com
OLSON REMCHO LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Telephone: (510) 346-6200
Facsimile:  (510) 574-7061

Grayce Zelphin (SBN 279112)
gzelphin@aclunc.org
Brandon Greene (SBN 293783)
bgreene@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

/s/_____
Deanna L. Kwong (SBN 233480)
deanna.l.kwong@hpe.com
HEWLETT PACKARD ENTERPRISE
6280 America Center Drive
San Jose, CA 95002
Telephone: (650) 258-3307
*Pro Bono Counsel*

JOINT CASE MANAGEMENT STATEMENT, FED. R. CIV. P. 26(f) REPORT AND
[PROPOSED] ORDER - Case No. 5:21-cv-05381-NC

*Attorneys for Defendant*
City of Mountain View

### **L.R. 5-1 ATTESTATION**

I, Erin Neff, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/*_____

JOINT CASE MANAGEMENT STATEMENT, FED. R. CIV. P. 26(f) REPORT AND
[PROPOSED] ORDER - Case No. 5:21-cv-05381-NC

1

## <u>CASE MANAGEMENT ORDER</u>

2      The above JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

3  is approved as the Case Management Order for this case and all parties shall comply with its

4  provisions.

5

6      IT IS SO ORDERED.

7

8  Dated: _____

9

10

11  _____

    HON. NATHANAEL COUSINS
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT, FED. R. CIV. P. 26(f) REPORT AND
[PROPOSED] ORDER - Case No. 5:21-cv-05381-NC