| | |
|---|---|
| Erin Neff (State Bar No. 326579) | James C. Harrison (State Bar No. 161958) |
| e.neff@lawfoundation.org | Margaret R. Prinzing(State Bar No. 209482) |
| Karen E. Kontz (State Bar No. 300918) | Kristen Mah Rogers (State Bar No. 274672) |
| karen.kontz@lawfoundation.org | Sue Vang (State Bar No. 327655) |
| LAW FOUNDATION OF SILICON VALLEY | OLSON REMCHO LLP |
| 4 North Second Street, Suite 1300 | 1901 Harrison Street, Suite 1550 |
| San Jose, CA 95113 | Oakland, CA 94612 |
| Telephone: (408) 280-2410 | Telephone: (510) 346-6200 |
| | |
| Quyen L. Ta (State Bar No. 229956) | Jennifer Logue (State Bar No. 241910) |
| qta@kslaw.com | jennifer.logue@mountainview.org |
| Arwen R. Johnson (State Bar No. 247583) | City Attorney |
| ajohnson@kslaw.com | OFFICE OF THE CITY ATTORNEY |
| Kelly Perigoe (State Bar No. 268872) | 500 Castro Street, Suite 300 |
| kperigoe@kslaw.com | Mountain View, CA 94041 |
| Samuel R. Diamant (State Bar No. 288738) | Telephone: (650) 903-6303 |
| sdiamant@kslaw.com | |
| Rachel Rubens (State Bar No. 333886) | *Attorneys for Defendant* |
| rrubens@kslaw.com | |
| KING & SPALDING LLP | |
| 50 California Street, Suite 3300 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 318-1227 | |

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CELERINA NAVARRO, JANET STEVENS, ARMANDO COVARRUBIAS, EVELYN ESTRADA, GABRIEL RANGEL JAIME, ALMA ALDACO, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MOUNTAIN VIEW,<br><br>Defendant. | Case No. 5:21-cv-05381-NC<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT AND STATUS UPDATE**<br><br><u>Case Management Conference</u><br>Date:   September 28, 2022<br>Time:   10:00 a.m.<br>Judge:  Hon. Nathanael Cousins |

Pursuant to the Court's Case Management Conference Order, the Standing Order for All Judges of the Northern District of California, Civil Local Rule 16-10(d), and this Court's order (ECF No. 105), the Parties, by and through their undersigned counsel, jointly submit this Third Joint Case Management Statement and Status Update.

I.     **STATUS OF SETTLEMENT**

As reported by the Parties on August 24, 2022 (ECF No. 99) and August 30, 2022 (ECF No. 102), after nine months of negotiations, counsel for the Parties reached a tentative settlement agreement in this matter. As reported to the Court on September 14, 2022, the City and five Plaintiffs have now executed that agreement. Plaintiffs' counsel have been unable to contact the sixth plaintiff, Gabriel Rangel Jaime, despite repeated efforts to do so, and will be separately filing a motion to withdraw as counsel for that plaintiff.

As represented to the Court on September 14, 2022, the Parties believe the settlement agreement between the City and Plaintiffs is in the best interests of all Parties including the proposed class, and therefore the Parties do not expect to litigate this case further except as detailed below.

II.    **MOTIONS**

The Parties anticipate only a few additional motions related to seeking preliminary and final approval of the class settlement, Court approval and award of any attorneys' fees and costs for Plaintiffs' Counsel, and Plaintiffs' counsel's motion for leave of the Court to withdraw from representing Mr. Rangel.

III.   **SCHEDULING**

The Parties request that all other deadlines be taken off calendar and request the following schedule from the Court:

| Event | Date |
|---|---|
| Plaintiffs' Counsel's Motion for Leave to Withdraw from Representing Mr. Rangel | Filed by: September 28, 2022<br>Hearing: November 2, 2022 at 1 p.m. |

| Unopposed Motion for Preliminary Approval of Class Settlement | Filed by: October 21, 2022<br>Hearing: November 30, 2022 at 1 p.m. |
|---|---|
| Motion for Award of Attorneys' Fees and Costs | Filed at least 30 days prior to filing motion for Final Approval |
| Motion for Final Approval of Class Settlement | At date set by the Court at hearing on Motion for Preliminary Approval |

The proposed hearing date for the Unopposed Motion for Preliminary Approval has been noticed on the standard 35 day calendar, however given that this motion is unopposed, the Parties would prefer to have it heard earlier, possibly in conjunction with Plaintiffs' counsel's motion to withdraw from representing Mr. Rangel. In light of the tentative settlement agreement reached by the Parties pending Court approval of the agreement, the Parties respectfully propose that all further discovery and trial dates be taken off calendar.

Respectfully submitted,

DATED: September 23, 2022

/s/ Erin Neff
Erin Neff (SBN 326579)
erin.neff@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:   (408) 280-2410
Facsimile:    (408) 293-0106

/s/ Thomas Zito
Thomas Zito (SBN 304629)
tzito@dralegal.org
Sean Betouliere (SBN 308645)
sbetouliere@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

/s/ Samuel R. Diamant
Quyen L. Ta (SBN 229956)
qta@kslaw.com

/s/ William S. Freeman
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
Grayce Zelphin (SBN 279112)
gzelphin@aclunc.org
Brandon Greene (SBN 293783)
bgreene@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

/s/ Deanna L. Kwong
Deanna L. Kwong (SBN 233480)
deanna.l.kwong@hpe.com
HEWLETT PACKARD ENTERPRISE
6280 America Center Drive
San Jose, CA 95002
Telephone: (650) 258-3307
*Pro Bono Counsel*

| | |
|---|---|
| 1 | Arwen R. Johnson (SBN 247583) |
| 2 | arwen.johnson@kslaw.com |
| | Kelly Perigoe (SBN 268872) |
| 3 | kperigoe@kslaw.com |
| | Samuel R. Diamant (SBN 288738) |
| 4 | sdiamant@kslaw.com |
| | Rachel Rubens (SBN 333886) |
| 5 | rrubens@kslaw.com |
| | KING & SPALDING LLP |
| 6 | 50 California Street, Suite 3300 |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 318-1200 |
| | Facsimile: (415) 318-1300 |
| 8 | *Pro Bono Counsel* |

*Attorneys for Plaintiffs*

*/s/ Margaret R. Prinzing*
James C. Harrison (SBN 161958)
jharrison@olsonremcho.com
Margaret R. Prinzing (SBN 209482)
mprinzing@olsonremcho.com
Kristen M. Rogers (SBN 274672)
krogers@olsonremcho.com
Sue Vang (SBN 327655)
svang@olsonremcho.com
OLSON REMCHO LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Telephone: (510) 346-6200
Facsimile:  (510) 574-7061

*Attorneys for Defendant*
City of Mountain View

## L.R. 5-1 ATTESTATION

I, Samuel R. Diamant, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:  */s/ Samuel R. Diamant*

3
THIRD JOINT CASE MANAGEMENT STATEMENT AND STATUS UPDATE
Case No. 5:21-cv-05381-NC

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:  September _____, 2022

_____
HON. NATHANAEL COUSINS
United States Magistrate Judge