UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERINA NAVARRO, and others,<br>　　　　Plaintiffs,<br>　　v.<br>CITY OF MOUNTAIN VIEW,<br>　　　　Defendant. | Case No. 21-cv-05381 NC<br><br>**SUPPLEMENTAL CASE MANAGEMENT ORDER** |

In response to the joint case management statement (ECF 106), I set the following deadlines:

- Motion for Leave to Withdraw from Representing Mr. Rangel: Motion filed by 9/28/2022; Hearing 11/2/2022 1:00 p.m. Zoom.
- Motion for Preliminary Approval of Settlement: Motion filed by 10/14/2022; Hearing 11/2/2022 1:00 p.m. Zoom.
- Motion for Award of Attorneys' Fees and Costs: Motion filed at least 30 days before Final Approval Hearing.
- Motion for Final Settlement Approval: deadline and hearing date to be set upon preliminary approval.
- I will not vacate the trial date before I have reviewed the proposed settlement.

**IT IS SO ORDERED.**

Dated: September 26, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge