AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Navarro, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.   5:21-cv-05381-NC |
| City of Mountain View | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs    .

Date:   8/30/2021

/s/ Karen Kontz
*Attorney's signature*

Karen Kontz, 300918
*Printed name and bar number*

Law Foundation of Silicon Valley
4 N. 2nd St., 13th Floor
San Jose, CA 95113
*Address*

karen.kontz@lawfoundation.org
*E-mail address*

(408) 280-2480
*Telephone number*

(408) 293-0106
*FAX number*