**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CELERINA NAVARRO, JANET STEVENS, ARMANDO COVARRUBIAS, EVELYN ESTRADA, GABRIEL RANGEL JAIME, ALMA ALDACO, and others,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MOUNTAIN VIEW,<br><br>Defendant. | **Case No. 5:21-cv-05381-NC**<br><br>**JUDGMENT** |

The Court has granted Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 129) approving the Settlement Agreement (the "Agreement") between Defendant City of Mountain View and Plaintiffs Celerina Navarro, Janet Stevens, Armando Covarrubias, Evelyn Estrada and Alma Aldaco (collectively, the "Parties") on a class-wide basis. Pursuant to the terms of the Agreement, the Agreement's Effective Date is the date of entry of this Judgment and the Agreement's Effective Period begins on the Effective Date and ends four years after the Effective Date. Pursuant to the terms of the Agreement and Federal Rule of Civil Procedure 23(c)(3)(A), the Court enters the following judgment:

1. The class is defined as all persons who resided or sought to reside in an oversized vehicle within the City of Mountain View at any time beginning from December 18, 2020, through the conclusion of the Effective Period of this Agreement.

2. The above-referenced action is dismissed *with prejudice* subject to the Court retaining jurisdiction to hear and resolve any disputes relating to the Agreement (ECF No. 129-1), which is incorporated by reference into this judgment, or the enforcement thereof through the Effective Period of the Agreement.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: February 28, 2023

_____
Hon. Nathanael Cousins
U.S. Magistrate Judge